AO91 (Rev. 8/01)   Criminal Complaint

# UNITED STATES DISTRICT COURT

**SOUTHERN**      **DISTRICT OF**      **TEXAS**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>**V.**<br><br>**Eva Noemi MEDRANO-Rodriguez**<br>**AKA Eva MEDRANO-Rodriguez, AKA Noemi**<br>**MEDRANO-Rodriguez**<br>**MEXIC** | **CRIMINAL COMPLAINT**<br><br>Case Number: L-11-PO5801 |

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **8/10/2011** in **Laredo**, **Webb** County, in the **Southern** District of **Texas** **Eva Noemi MEDRANO-Rodriguez** defendant(s), an alien, did unlawfully enter and attempt to enter the United States at a place other than designated by immigration officer

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Senior Border Patrol Agent** and that this complaint is based on the following facts: Based on statements of the accused and records of the U.S. Department of Homeland Security.

Furthermore, it is based on verbal statements by, Eva Noemi MEDRANO-Rodriguez, who admitted to being a citizen of Mexico, who entered or attempted to enter illegally into the United States by wading the Rio Grande River near, Laredo, Texas, thus avoiding immigration inspection, nor having proper documents to enter, travel through, or remain in the United States. This illegal entry or attempted entry took place on August 10, 2011

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

/S/
Signature of Complainant

Manuela Gonzalez
Printed Name of Complainant

Sworn to before me and signed in my presence,

8/15/2011      at      Laredo, Texas
Date      City and State

Guillermo Garcia, U.S. Magistrate Judge
Name and Title of Judicial Officer      Signature of Judicial Officer